IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JENNIFER SMITH, as Administrator of
the Estate of Cecil Smith, Deceased, and
on behalf of Wrongful Death Beneficiaries            PLAINTIFF

v.             No. 5:17-cv-282-DPM

TOP-DOLLAR SCRAP & RECOVERY LLC;
CLEON WARREN; and JOHN DOE
COMPANIES, Shipper Companies, A-Z             DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice. The Court retains jurisdiction until 5 July 2019 to enforce the settlement

_____
D.P. Marshall Jr.
United States District Judge

22 May 2019